PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 10497 ALTA MESA ROAD, WILTON, CALIFORNIA, SACRAMENTO COUNTY, APN: 136-0250-050-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>Defendants. | 2:18-CV-00798-KJM-CKD<br><br><br>STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |

The United States and claimants Charisma 18 Ave Realty, Inc. and Douglas Pool, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real properties located at 11709 Colony Road, Galt, California, Sacramento County, APN: 138-0090-092-0000 ("defendant Colony Road") and 13701 Indio Drive, Sloughhouse, California, Sacramento County, APN: 073-0114-010-0000 ("defendant Indio Drive").  The parties anticipate that, if granted, the settlement documents would close the case against defendants Colony Road and Indio Drive.  Thus, the stay would no longer be necessary for these properties.[1]

Douglas Pool filed a Claim and an Answer to the Complaint asserting a lien holder interest in

---

[1] The case would remain stayed as to the one remaining *In Rem* Defendant.  This request is limited to defendants Colony Road and Indio Drive.

1

1    defendant Indio Drive.  Charisma 18 Ave Realty, Inc. filed Verified Claims to both defendant properties

2    and Answers to the Complaint.  Dew Claw, LLC filed a Claim and an Answer to the Complaint asserting

3    a lien holder interest in defendant Colony Road.  No other party has filed a claim asserting an interest in

4    defendants Colony Road and Indio Drive.

5        On January 15, 2021, escrow closed for defendant Colony Road.  Dew Claw, LLC was paid in

6    full through escrow.  Dew Claw, LLC withdrew their Claim and Answer on May 12, 2021.

7        The United States and claimants Charisma 18 Ave Realty, Inc. and Douglas Pool have reached a

8    settlement regarding the Colony Road and Indio Drive properties.

9    Dated: 2/13/2023                          PHILLIP A. TALBERT
                                               United States Attorney
10

                                     By:     /s/ Kevin C. Khasigian
11                                           KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney
12

13   Dated: 2/14/2023                        /s/ Mark J. Reichel
                                             MARK J. REICHEL
14                                           Attorney for Charisma 18 Ave Realty, Inc.

15

16   Dated:  2/14/2023                       /s/ Jonathan R. Howden
                                             JONATHAN R. HOWDEN
17                                           Attorney for Lienholder Douglas Pool

18                                           (Signatures authorized by email)

19

20                                  **ORDER**

21       For the reasons set forth above, the stay is lifted regarding the real properties located at 11709

22   Colony Road, Galt, California, Sacramento County, APN: 138-0090-092-0000 and 13701 Indio Drive,

23   Sloughhouse, California, Sacramento County, APN: 073-0114-010-0000.

24       IT IS SO ORDERED.

25   DATED:  February 14, 2023.

26

27   _____
                                             CHIEF UNITED STATES DISTRICT JUDGE
28