1  Richard J. Reynolds (SBN 89911)
   E-mail:  rreynolds@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   18300 Von Karman, Suite 650
3  Irvine, California 92612
   Tel:  949.863.3363    Fax:  949.863.3350
4
   Attorneys for Claimants THE MOUSA AND EIMA
5  MYERS REVOCABLE TRUST AND MICHAEL
   EMANUEL MAHGEREFTEH
6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                Case No.:  2:18-cv-00798-KJM-CKD

12            Plaintiff,                      **STIPULATION AND WITHDRAWAL OF
                                              CLAIM AND ANSWER OF THE MOUSA
13  v.                                        AND EIMA MYERS REVOCABLE TRUST
                                              AND MICHAEL EMANUEL
14  REAL PROPERTY LOCATED AT 10497            MAHGEREFTEH [REAL PROPERTY
    ALTA MESA ROAD, WILTON,                   LOCATED AT 10497 ALTA MESA ROAD,
15  CALIFORNIA, SACRAMENTO                    WILTON, CALIFORNIA, SACRAMENTO
    COUNTY, APN: 136-0250-050-0000,           COUNTY, APN: 136-0250-050-0000,
16  INCLUDING ALL APPURTENANCES              INCLUDING , INCLUDING ALL
    AND IMPROVEMENTS THERETO,                 APPURTENANCES AND
17                                            IMPROVEMENTS THERETO]**

18  REAL PROPERTY LOCATED AT 13701
    INDIO DRIVE, SLOUGHHOUSE,
19  CALIFORNIA, SACRAMENTO
    COUNTY, APN: 073-0114-010-0000,
20  INCLUDING ALL APPURTENANCES
    AND IMPROVEMENTS THERETO,
21

22  REAL PROPERTY LOCATED AT 11709
    COLONY ROAD, GALT, CALIFORNIA,
23  SACRAMENTO COUNTY, APN: 138-
    0090-092-0000, INCLUDING ALL
24  APPURTENANCES AND
    IMPROVEMENTS THERETO,
25
              Defendants.
26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Irvine

1   IT IS HEREBY STIPULATED by and between claimants, The Mousa and Eima Myers

2   Revocable Trust and Michael Emanuel Mahgerefteh ("Claimants") and Plaintiff, the United

3   States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian,

4   Assistant U.S. Attorney, as follows:

5       1.      Claimants asserted a lienholder interest in the defendant property located at 10497

6   Alta Mesa Road, Wilton, CA, APN: 136-0250-050-000 (the "Subject Property").

7       2.      The loan has since been satisfied and Claimants no longer have an interest in the

8   Subject Property.

9       3.      Accordingly, Claimants hereby withdraw its claim filed May 25, 2018 [Dkt. 12] in

10  the above-captioned case with respect to the Subject Property.

11      4.      Additionally, Claimants hereby withdraw their answer filed May 25, 2018 (Dkt.

12  13] in the above-captioned case with respect to the Subject Property.

13      5.      To the extent required under the Federal Rules of Civil Procedure, Rule 41(a),

14  Plaintiff agrees to dismiss with prejudice Claimants in the above-captioned case pursuant to the

15  Federal Rules of Civil Procedure, Rule 41(a).  Subject Property is the in rem defendant.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
IRVINE

CASE NO.: 2:18-CV-00798-KJM-CKD
STIPULATION AND WITHDRAWAL OF CLAIM
AND ANSWER

6.      Each party hereto is to bear its own costs.

7.      Claimants are hereby removed from the Service List for the above-captioned case.

Dated: April  6, 2023                          UNITED STATES ATTORNEY
                                               *(Authorized by email 4/6/2023)*


                                               By: */s/ Kevin Khasigian*
                                               Kevin Khasigian, Assistant United States
                                               Attorney
                                               Attorneys for Plaintiff United States of
                                               America

Dated: April 6, 2023                           BURKE, WILLIAMS & SORENSEN, LLP


                                               By: */s/ Richard J. Reynolds*
                                               Richard J. Reynolds
                                               Attorneys for Claimants THE MOUSA
                                               AND EIMA MYERS REVOCABLE
                                               TRUST AND MICHAEL EMANUEL
                                               MAHGEREFTEH

## <u>ORDER</u>

The Court has read and considered the Stipulation of Withdrawal of Claim by Claimants The Mousa and Eima Myers Revocable Trust and Michael Emanuel Mahgerefteh ("the Stipulation") and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties").  For the reasons stated in the Stipulation and for good cause shown,

IT IS HEREBY ORDERED as follows:

1.      The Stipulation is approved.

2.      Claimants' claim filed May 25, 2018 [Dkt. 12] in the above-captioned case is hereby deemed withdrawn.

3.      Claimants' answer filed May 25, 2018 [Dkt. 13] in the above-captioned case is hereby deemed withdrawn.

///

///

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Irvine

CASE NO.: 2:18-CV-00798-KJM-CKD
STIPULATION AND WITHDRAWAL OF CLAIM
AND ANSWER

1        4.       Claimants are hereby deemed dismissed from the above-captioned case.

2        IT IS SO ORDERED.

3    DATED:  April 12, 2023.

4

5     

6                      CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
IRVINE

- 4 -

CASE NO.: 2:18-CV-00798-KJM-CKD
STIPULATION AND WITHDRAWAL OF CLAIM
AND ANSWER