IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 10497 ALTA MESA ROAD, WILTON, CALIFORNIA, SACRAMENTO COUNTY, APN: 136-0250-050-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>Defendants. | 2:18-CV-00798-KJM-CKD<br><br>FINAL JUDGMENT OF FORFEITURE RE REAL PROPERTY LOCATED AT 10497 ALTA MESA ROAD, WILTON, CA |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against three real properties, one of which is the real property located at 10497 Alta Mesa Road, Wilton, California, Sacramento County, APN: 136-0250-050-0000 ("defendant property").

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 5, 2018, alleging that said defendant property is subject to forfeiture to the United States pursuant to § 21 U.S.C. § 881(a)(6) and 881(a)(7).

3. On May 15, 2018, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

/////

4. Beginning on April 20, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on May 21, 2018.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities related to this defendant property:

    a. Weiren Li,
    b. The Mousa and Eima Myers Revocable Trust, and
    c. Michael E. Mahgerefteh.

6. Claimant Weiren Li ("claimant") filed a Verified Claim to the defendant property on May 24, 2018, and an Answer to the Complaint on June 29, 2018. Claimants The Mousa and Eima Myers Revocable Trust and Michael Emanuel Mahgerefteh filed a Verified Claim on May 25, 2018, claiming a lien holder interest in defendant property and an Answer to the Complaint on May 25, 2018. No other parties have filed claims or answers regarding this defendant property, and the time in which any person or entity may file a claim and answer has expired.

7. On or about September 7, 2018, escrow closed for the defendant property at 10497 Alta Mesa Road, Wilton, California, Sacramento County, APN: 136-0250-050-0000, and the United States received checks in the amount of $267,581.21, which will be substituted in lieu of the real property. The Mousa and Eima Myers Revocable Trust and Michael Emanuel Mahgerefteh were paid in full through escrow. The Mousa and Eima Myers Revocable Trust and Michael Emanuel Mahgerefteh withdrew their Claim and Answer on April 13, 2023.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against claimants Weiren Li, The Mousa and Eima Myers Revocable Trust, and Michael Emanuel Mahgerefteh, and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, $133,791.00 of the Approximately $267,581.21 in net proceeds from the sale of defendant real property located at 10497 Alta Mesa Road, Wilton, California, Sacramento County, APN: 136-0250-050-0000, together with any interest that may

have accrued on the total amount of net proceeds, shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $133,790.21 of the Approximately $267,581.21 in net proceeds from the sale of defendant real property located at 10497 Alta Mesa Road, Wilton, California, Sacramento County, APN: 136-0250-050-0000, shall be returned to claimant Weiren Li through attorney Candice L. Fields.

4. The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, as well as those now known or disclosed. Claimant waived the provisions of California Civil Code § 1542.

5. Claimant waived any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the defendant real property.

6. All parties are to bear their own costs and attorneys' fees.

7. The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

8. Based upon the allegations set forth in the Complaint filed April 5, 2018, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

9. The Clerk of Court is directed to close this case.

SO ORDERED THIS 16th day of May, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE